IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 6:03cr30073-8 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| DONALD PAUL OWENS. | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the motion to dismiss (docket no. 735) is **GRANTED**, Owens's motion pursuant to 28 U.S.C. § 2255 (docket no. 728) is **DISMISSED** as untimely filed, and this action is **STRICKEN** from the active docket of the court.

Further, finding that Owens has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send copies of this order and the accompanying memorandum opinion to petitioner.

**ENTERED** this ___9th_____ day of July, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE